Peter A. Franklin III
Texas Bar No. 07378000
Doug Skierski
Texas Bar No. 24008046
Linda M. Bezdicek
Texas Bar No. 24031741
Melissa S. Hayward
Texas Bar No. 24044908
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

ATTORNEYS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF TERAFORCE
TECHNOLOGY CORPORATION and DNA
COMPUTING SOLUTIONS, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **TERAFORCE TECHNOLOGY CORPORATION** | § § § § | **Case No. 05-38756-BJH-11** |
| **DNA COMPUTING SOLUTIONS, INC.,** | § § § § | **Case No. 05-38757-BJH-11** |
| Debtors. | § | (Jointly Administered) |

### EXHIBIT AND WITNESS LIST FOR HEARING ON APPLICATION FOR FINAL APPROVAL *NUNC PRO TUNC* OF EMPLOYMENT OF LOCKE LIDDELL & SAPP LLP AS ATTORNEYS FOR THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

The Official Committee of Unsecured Creditors of Teraforce Technology Corporation and DNA Computing Solutions, Inc. (the "<u>Committee</u>") submits the following Exhibit and Witness List in connection with the hearing scheduled for 10:30 A.M. on March 7, 2006 on the Application for Final Approval *Nunc Pro Tunc* of Employment of Locke Liddell & Sapp LLP as Attorneys for the Official Committee of Unsecured Creditors.

A. **Witnesses:**

   1. Doug Skierski;
   2. Any witness identified by or called by any other party, and any witness necessary for rebuttal.

B. **Exhibits:**

   1. Application for Final Approval *Nunc Pro Tunc* of Employment of Locke Liddell & Sapp LLP as Attorneys for the Official Committee of Unsecured Creditors [Filed 01/06/06, Dkt. 205];
   2. Affidavit of Doug Skierski in support of Application for Final Approval *Nunc Pro Tunc* of Employment of Locke Liddell & Sapp LLP as Attorneys for the Official Committee of Unsecured Creditors;
   3. All exhibits identified by or offered by any other party at the hearing;
   4. All exhibits necessary for rebuttal purposes.

Respectfully submitted,

/s/ Melissa S. Hayward  03/02/06
Peter A. Franklin III
Texas Bar No. 07378000
Doug Skierski
Texas Bar. No. 24008046
Linda M. Bezdicek
Texas Bar No. 24031741
Melissa S. Hayward
Texas Bar No. 24044908
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS OF TERAFORCE
TECHNOLOGY CORPORATION AND
DNA COMPUTING SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was sent either electronically or via first class United States mail, postage prepaid, to all parties listed below on this the 2nd day of March, 2006.[1]

                                            /s/  Melissa S. Hayward  03/02/06

Joseph J. Wielebinski
Davor Rukavina
3800 Lincoln Plaza
500 N. Akard Street, Ste. 3800
Dallas, Texas 75201

Edward L. Rothberg
11 Greenway Plaza, Suite 1400
Houston, Texas 77046

Michael Flume
1020 N. E. Loop 410, Suite 200
San Antonio, Texas 78209

E. P. Keiffer
1401 Elm Street, Suite 4750
Dallas, Texas  75202

Jim Hansen
Two Riverway, Suite 1700
Houston, Texas  77056

Office of the United States Trustee
Attn: Nancy Resnick
1100 Commerce Street, Room 976
Dallas, Texas  75242-1496

---

[1] The Committee has not provided the parties listed above with copies of the exhibits referenced in this list because each party is already in possession of the documents.