Edward L. Rothberg
TBN 17313990
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 East Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 961-9045; (713) 961-5341 (fax)
Attorney for the Reorganized Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 05-38756-BJH-11** |
| **TERAFORCE TECHNOLOGY** | § | **Chapter 11** |
| **CORPORATION,** | § | |
| Debtor. | § | |
| | § | |
| **DNA COMPUTING SOLUTIONS, INC.,** | § | **CASE NO. 05-38757-BJH-11** |
| Debtor. | § | **Chapter 11** |
| | § | |
| | § | **Jointly Administered Under** |
| | § | **CASE NO. 05-38756-BJH-11** |
| | § | |

**CERTIFICATE OF NO OBJECTION TO REORGANIZED DEBTORS'
MOTION FOR ENTRY OF FINAL DECREE CLOSING CASES**

1.      I, Edward L. Rothberg, attorney for the Reorganized Debtors, Teraforce Technology Corporation and DNA Computing Solutions, Inc., in this jointly administered case, hereby certify that, as of May 12, 2009, I have received no answer, objection or other responsive pleading to the Reorganized Debtors' Motion for Entry of Final Decree Closing Cases (the "Motion") [Docket  #434], filed on April 16, 2009.

2.      I further certify that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than May 6,

2009. It is now more than forty-eight (48) hours after the objection date has passed with no

objection having been filed or served.

     Dated:   May 11, 2009

              Respectfully submitted,

              WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

              */s/ Edward L. Rothberg*

By:           _____

              Edward L. Rothberg
              State Bar No. 17313990
              Melissa A. Haselden
              State Bar No. 00794778
              11 East Greenway Plaza, Suite 1400
              Houston, Texas 77046
              Telephone: 713.961.9045
              Facsimile:  713.961.5341

              ATTORNEYS FOR REORGANIZED DEBTORS